SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, OWEN ROWLETT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:07-CR-00302-AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |
| v. | ) | |
| OWEN ROWLETT, | ) | Date:  Monday 15, 2008<br>Time:  9:00 a.m. |
| Defendant. | ) | Courtroom: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

Defense Counsel's Informal Objections due to Probation and AUSA: move from August 25, 2008 to October 6, 2008.

Formal Objections to be filed with the Court and served on Probation and AUSA:  move from September 8, 2008 to October 20, 2008.

RPO Hearing:  move from September 15, 2008 at 9:00 a.m. to October 27, 2008 at 9:00 a.m.

/ / /

/ / /

1  Further time is needed for research on sentencing issues by defense counsel.

2

3                                             Respectfully submitted,

4

5  DATED:  September 10, 2008              /s/   Salvatore Sciandra
                                           SALVATORE SCIANDRA
6                                          Attorney for Defendant,
                                           OWEN ROWLETT
7

8

9  DATED:  September 10, 2008              /s/   Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
10                                         Assistant United States Attorney

11

12

13                                    **ORDER**

14  IT IS SO ORDERED.

15  **Dated:   September 10, 2008**           /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28