1  SALVATORE SCIANDRA, (SBN: 58256)
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  559-233-1000 (voice)
   559-233-6044 (facsimile)
4  E-Mail: salsciandra@sbcglobal.net

5  Attorneys for Defendant, OWEN ROWLETT

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Case No. 1:07-CR-00302-AWI
                                    )
11         Plaintiff,                ) STIPULATION AND ORDER TO
                                    ) CONTINUE STATUS CONFERENCE
12    v.                             )
                                    ) Date: Friday, May 16, 2014
13 OWEN ROWLETT,                    ) Time: 1:30 p.m.
                                    ) Court: Hon. Gary S. Austin
14         Defendant.                )
                                    )
15

16 **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America,

17 and the defendant by and through his attorney, that the Status Conference set for Friday, May 16,

18 2014 at 1:30 p.m. be continued to Friday, May 23, 2014 at 1:30 p.m.

19     The reason for this continuation is that counsel inadvertently set this matter for the same

20 date he was already scheduled to be out of town.

21                                          Respectfully submitted,

22

23 DATED: May 13, 2014                       /s/ Salvatore Sciandra
                                            SALVATORE SCIANDRA
24                                          Attorney for Defendant,
                                            OWEN ROWLETT
25

26 ///

27 ///

28

/ / /

DATED:  May 13, 2013                             /s/  Kimberly Sanchez
                                                KIMBERLY SANCHEZ
                                                Assistant U. S. Attorney

                                                Agreed to via phone on 5/13/2014

**ORDER**

IT IS SO ORDERED.

   Dated:   **May 13, 2014**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE